# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2127
_____

In re: Genmar Holdings, Inc.

*Debtor*

------------------------------

David Scot Lynd

*Appellant*

v.

Charles W. Ries

*Appellee*

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit
_____

Submitted: December 26, 2013
Filed: December 30, 2013
[Unpublished]
_____

Before WOLLMAN, BYE, and KELLY, Circuit Judges.
_____

PER CURIAM.

David Lynd appeals the decision of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1] order denying Lynd's motion for reconsideration of his "restitution claim" against Wood Manufacturing Company, Inc. Having carefully reviewed the record and the parties' arguments on appeal, we agree with the BAP's decision and find no basis to set aside the bankruptcy court's order. See In re Ungar, 633 F.3d 675, 678-79 (8th Cir. 2011) (this court applies same standards as BAP, reviewing bankruptcy court's factual findings for clear error, and its legal determinations de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota, now retired.